JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. JOHN LAND COMPANY; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:24-cv-06592-JFW (RAOx)<br><br>**Judgment** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MISTER BAILEY shall have JUDGMENT in his favor in the amount of $4,000.00 in statutory damages, $2,435.00 in attorneys' fees, and $590.00 in costs, for a total of $7,025.00, against Defendant ST. JOHN LAND COMPANY.

In addition, Defendant ST. JOHN LAND COMPANY, is ordered to provide an accessible parking space at the property located at or about 926 South Los Angeles Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: February 6, 2025

_____
John F. Walter
United States District Judge

1